UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    WILLIAM B. NELSON, | : | No. 18-10606 |
|        Debtors | : | |

**CERTIFICATE OF NO RESPONSE WITH RESPECT
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY
OF SECTION 362 AND FROM CO-DEBTOR STAY OF SECTION 1301
OF THE BANKRUPTCY CODE**

    I, Joseph P. Schalk, Esquire, hereby certify that the period during which parties in interest had to answer or object to the Motion of Utilities Employees Credit Union Successor by Merger to ClearChoice Federal Credit Union for Relief from the Automatic Stay of Section 362 and from Co-Debtor Stay of Section 1301 of the Bankruptcy Code, after service thereon, exclusive of the date of service, has expired and no answer or objection has been filed and/or served upon Joseph P. Schalk, Esquire.

    The hearing scheduled for April 5, 2018 at 9:30 a.m. will not be necessary due to the filing of this Certificate.

                                        BARLEY SNYDER

Dated: April 4, 2018         By:  */s/ Joseph P. Schalk*
                                          Joseph P. Schalk, Esquire
                                          Attorneys for Movant
                                          Court I.D. #91656
                                          50 N. 5th St-2nd Fl, PO Box 942
                                          Reading, PA 19603-0942