UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13
    William B. Nelson, :
                         : No. 18-10606
        Debtor :

**ORDER**

UPON CONSIDERATION of the Motion of Utilities Employees Credit Union, Successor by Merger to ClearChoice Federal Credit Union, for Relief from Automatic Stay and the Co-Debtor Stay, after notice and a hearing, it is

ORDERED that the Motion is GRANTED and the automatic stay pursuant to 11 U.S.C. Section 362 and from co-debtor stay of Section 1301 is hereby modified with respect to the premises located at 2209 Raymond Avenue, Reading, Pennsylvania, as to allow Utilities Employees Credit Union Successor by Merger to ClearChoice Federal Credit Union ("Movant") its successors and assigns, to take any legal or consensual action for enforcement of its in rem rights.

FURTHER ORDERED that Rule 4001(a)(3) shall not apply to this Order and Utilities Employees Credit Union Successor by merger to ClearChoice Federal Credit Union, shall be entitled to immediately exercise its rights and remedies against the foregoing Property.

BY THE COURT

_[signature]_

**Date: April 6, 2018**
Dated:_____

Richard E. Fehling
United States Bankruptcy Court

Joseph P. Shalk, Esquire
Attorneys for Utilities Employees Credit Union
Court I.D. 91656
50 N. 5th St-2nd Fl; PO Box 942
Reading, PA 19603-0942

6044529.1