United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10606-ref
William B Nelson                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Apr 06, 2018
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db          +William B Nelson,    11 Huyett Ave.,    Fleetwood, PA 19522-8607
cr           Utilities Employees Credit Union,    Barley Snyder, LLP,    c/o Joseph P. Schalk,
              Lancaster, PA  17602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:42:19      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Utilities Employees Credit Union
               jschalk@barley.com, cbrelje@barley.com;jrachor@barley.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor William B Nelson NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13
William B. Nelson, :
: No. 18-10606
Debtor :

**ORDER**

UPON CONSIDERATION of the Motion of Utilities Employees Credit Union, Successor by Merger to ClearChoice Federal Credit Union, for Relief from Automatic Stay and the Co-Debtor Stay, after notice and a hearing, it is

ORDERED that the Motion is GRANTED and the automatic stay pursuant to 11 U.S.C. Section 362 and from co-debtor stay of Section 1301 is hereby modified with respect to the premises located at 2209 Raymond Avenue, Reading, Pennsylvania, as to allow Utilities Employees Credit Union Successor by Merger to ClearChoice Federal Credit Union ("Movant") its successors and assigns, to take any legal or consensual action for enforcement of its in rem rights.

FURTHER ORDERED that Rule 4001(a)(3) shall not apply to this Order and Utilities Employees Credit Union Successor by merger to ClearChoice Federal Credit Union, shall be entitled to immediately exercise its rights and remedies against the foregoing Property.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Court

**Date: April 6, 2018**
Dated:_____

Joseph P. Shalk, Esquire
Attorneys for Utilities Employees Credit Union
Court I.D. 91656
50 N. 5th St-2nd Fl; PO Box 942
Reading, PA 19603-0942

6044529.1