**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **WILLIAM NELSON,** | : | **CHAPTER 13** |
| | : | |
| **Debtor,** | : | **BANKRUPTCY NO: 18-10606** |

**O R D E R**

*AND NOW*, upon consideration of the Debtor's Motion to Reconsider Dismissal, it is hereby **ORDERED** and **DECREED** that the Debtor's request is *GRANTED*.

BY THE COURT

**Date: May 16, 2019**

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**