UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Chapter 13

    WILLIAM B. NELSON        : Bankruptcy No.  18-10606AMC

    Debtor(s)                        :

PRAECIPE

Kindly (re)schedule a Confirmation Hearing on AUGUST 8, 2019 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

Respectfully submitted,

Date:  June 5, 2019

*/s/Scott F. Waterman*
Scott F. Waterman, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410
Telephone:  (610) 779-1313