**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| WILLIAM NELSON, | : | Chapter 13 |
| | : | |
| Debtors | : | Bankruptcy No: 18-10606 |

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on June 20, 2019 a copy of the Motion for Approval of a Modification of the Debtors Mortgage payments, with a response deadline of July 4, 2019, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of William Nelson.

Dated: July 8, 2019            /s/Joseph Bambrick
                               Joseph T. Bambrick, Jr., Esquire
                               Attorney ID 45112
                               529 Reading Avenue
                               West Reading, PA  19611
                               610/372-6400