**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WLLIAM NELSON,                :       CHAPTER 13
    Debtors,                          :       BANKRUPTCY NO: 18-10606

**O R D E R**

      **AND NOW**, this __11th__ day of __July__, 2019, upon consideration of the Debtors' Motion for Approval of a Modification of the Debtors Mortgage Payments, it is hereby **ORDERED** and **DECREED** that the Debtors' request to modify their mortgage obligation is *GRANTED*.

                              BY THE COURT

                              _____
                              **Ashely M. Chan**
                              **UNITED STATES BANKRUPTCY JUDGE**