United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William B Nelson  
    Debtor

Case No. 18-10606-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: TashaD     Page 1 of 1     Date Rcvd: Jul 11, 2019  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.  
db         +William B Nelson,    11 Huyett Ave.,    Fleetwood, PA 19522-8607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
 ecf_frpa@trustee13.com  
        JOSEPH PATRICK SCHALK    on behalf of Creditor    Utilities Employees Credit Union
 jschalk@barley.com,   cbrelje@barley.com;jrachor@barley.com  
        JOSEPH T. BAMBRICK, JR.    on behalf of Debtor William B Nelson NO1JTB@juno.com  
        KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
 ecf_frpa@trustee13.com  
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
 ecfmail@readingch13.com,   ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                      TOTAL: 8

**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WLLIAM NELSON,              :       CHAPTER 13
       Debtors,                   :       BANKRUPTCY NO: 18-10606

## O R D E R

**AND NOW**, this  11th  day of  July , 2019, upon consideration of the Debtors' Motion for Approval of a Modification of the Debtors Mortgage Payments, it is hereby **ORDERED** and **DECREED** that the Debtors' request to modify their mortgage obligation is *GRANTED*.

BY THE COURT

_____
**Ashely M. Chan**
**UNITED STATES BANKRUPTCY JUDGE**