```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 18-10606-amc
William B Nelson                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Keith                Page 1 of 2              Date Rcvd: Aug 08, 2019
                              Form ID: pdf900            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db             +William B Nelson,    11 Huyett Ave.,    Fleetwood, PA 19522-8607
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Utilities Employees Credit Union,    Barley Snyder, LLP,    c/o Joseph P. Schalk,
                 Lancaster, PA  17602
14066240        Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
14047987        Clear Choice FCU,    1981 St. Hill road,    Reading, PA 19610
14070173       +M & T Bank,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14047992       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court:    Met-Ed,    2800 Pottsville Pike,    Reading, PA 19605)
14077863       +Met Ed,    101 Crawford's Corner Rd Bldg #1 Suite #,    Holmdel, NJ 07733-1976
14047995       +Richmond Township,    11 Kehl Drive,    Fleetwood, PA 19522-9285
14047996       +Surgical Institute of Reading,,    P.O. Box 9031,    Lancaster, PA 17604-9031
14068253       +Utilities Employees Credit Union,    P O Box 14864,    Reading, PA 19612-4864
14075419       +Utilities Employees Credit Union,    c/o Joseph P. Schalk, Esq,    50 N. 5th St., 2nd Fl,
                 P O Box 942,    Reading, PA 19603-0942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2019 02:46:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2019 02:46:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14047984        E-mail/Text: bankruptcy@bbandt.com Aug 09 2019 02:46:01     BBT Bank,    200 West Second Street,
                 Winston Salem, NC 27101-1000
14050956       +E-mail/Text: bankruptcy@cavps.com Aug 09 2019 02:46:25     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14047991        E-mail/Text: camanagement@mtb.com Aug 09 2019 02:46:02     M & T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264
14087938        E-mail/Text: camanagement@mtb.com Aug 09 2019 02:46:02     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14052741        E-mail/PDF: cbp@onemainfinancial.com Aug 09 2019 02:47:23     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14072379        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 02:48:04
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14076524       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 09 2019 02:46:23     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14047994       +E-mail/Text: bankruptcy@rwbautos.com Aug 09 2019 02:45:53     Red White and Blue Autos,
                 500 S. Hoffman Blvd.,    Ashland, PA 17921-1913
14049781       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 02:47:41     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
14047983       Barclays Bank
14047985       Berks County Tax Real Estate
14047986       Best Buy
14047988       Clearchoice FCU
14047989       Credit One Bank
14047990       First Premier Bank
14069676       M&T Bank C/O Kevin G. McDonald,    701 Market Street, Suite 5000, Philadelp
14047993       One Main Financial
14047997       Synchrony Bank Lowes
14047998       Synchrony Bank/Walmart
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTALS: 10, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-4          User: Keith              Page 2 of 2                Date Rcvd: Aug 08, 2019
                              Form ID: pdf900          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Utilities Employees Credit Union
               jschalk@barley.com, cbrelje@barley.com;jrachor@barley.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor William B Nelson NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

WILLIAM B  NELSON

                                                                    : Chapter 13

Debtor(s)                                      : Bankruptcy No. 18-10606AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

8/8/19

BY THE COURT

_____
Ashely M. Chan, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

WILLIAM B  NELSON
11 HUYETT AVE
FLEETWOOD, PA 19522